Argued and submitted September 24,
reversed and remanded with instructions to
enter judgment for plaintiff on the verdict October 27, 1980

POLMATEER,
*Appellant,*
*v.*
FLYNN'S OFFICE SUPPLY COMPANY,
*Respondent.*

(No. 7901-00387, CA 16247)

618 P2d 460

Peggy Nagae, Portland, argued the cause and filed the briefs for appellant.

Timothy N. Brittle, Portland, argued the cause for respondent. With him on the brief were Acker, Underwood, Beers & Smith, and Milton R. Smith, Portland.

Before Joseph, Presiding Judge, Schwab, Chief Judge, and Warden, Judge.

PER CURIAM

## PER CURIAM

In this personal injury action, defendant pleaded a "compromise and satisfaction." The jury found for plaintiff by special verdict, including a finding that there had been no settlement. It was error to grant defendant's motion for judgment notwithstanding the verdict, because there was evidence in the record to support the verdict. *Jacobs v. Tidewater Barge Lines,* 277 Or 809, 562 P2d 545 (1977).

Reversed and remanded with instructions to enter judgment for plaintiff on the verdict.